# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES M. FRANCIS, | : | No. 193 EAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| LCP NORTH THIRD, LLC, | : | |
| Petitioner | : | |
| JAMES M. FRANCIS, | : | No. 194 EAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| LCP NORTH THIRD, LLC, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.